# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WAYNE JONES, CDCR #D-55894,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STUART J. RYAN, et al.,<br><br>　　　　　　　Defendants. | Case No. 07-CV-1019-J (JMA)<br><br>**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference will be held on **September 1, 2009** at **9:00 a.m.**. Pursuant to Local Rule 16.1(e)(8), an Early Neutral Evaluation Conference is not required to be held in this case.

Plaintiff and Counsel for Defendants shall appear telephonically at this conference. The Court will initiate the conference call.

The Deputy Attorney General assigned to this case shall be responsible for making all arrangements in advance for Plaintiff to appear telephonically. All conference discussions will be informal, off the record, privileged, and confidential.

//
//
//

1  Questions regarding this case may be directed to the undersigned's law clerk at
2  (619) 557-5585.
3  **IT IS SO ORDERED**.
4  DATED: July 10, 2009

_____
Jan M. Adler
U.S. Magistrate Judge