# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WAYNE JONES,<br>CDC# D-55894<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STUART J. RYAN, et al.,<br><br>　　　　　Defendants. | Civil No. 07cv1019 J (JMA)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　Currently before the Court is Plaintiff Rodney Wayne Jones's Motion for Relief from the Court's June 26, 2009 Order. [Doc. No. 111.]  The Court accordingly sets the following briefing schedule: (1) If Defendants wish to respond to the Motion, Defendants shall file and serve on Plaintiff an Opposition Brief on or before ***November 13, 2009***. (2) Any reply must be filed and served on Defendants on or before ***November 20, 2009***.  At that time, the Court will take the matter under submission and the parties shall await an order from the Court.

　　**IT IS SO ORDERED**.

DATED: October 30, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. NAPOLEON A. JONES, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge